THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NADER DUTTA, and CHIZUKO DUTTA, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a Rhode Island corporation,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:20-cv-00031-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

IT IS ORDERED AND ADJUDGED THAT

The judgment is entered in favor of the Defendant. Plaintiffs' causes of action are dismissed with prejudice. The clerk is directed to close the action.

Signed July 3, 2023.

BY THE COURT

_____
David Nuffer
United States District Judge